IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

BEN JACKSON,

        Appellant,

                                Case No.  5D22-0148
v.                               LT Case No. 21-SC-52115-O

BMI SMART PARKING,

        Appellee.

_____/

Decision filed June 14, 2022

Appeal from the County Court
for Orange County,
Elizabeth Starr, Judge.

Ben Jackson, Kissimmee, pro se.

No Appearance for Appellee.


PER CURIAM.

       AFFIRMED.


WALLIS, HARRIS and SASSO, JJ., concur.